984

No. 1061, Misc. GIVENS v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 1067, Misc. HARRIS v. REAGAN, GOVERNOR OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1069, Misc. WEILAND v. O'NEAL. Sup. Ct. Ill. Certiorari denied.

No. 1071, Misc. KIZER v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1079, Misc. HAMLETT v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1086, Misc. ALEXANDER v. ALABAMA. Ct. App. Ala. Certiorari denied. *W. L. Longshore* for petitioner. *MacDonald Gallion,* Attorney General of Alabama, and *John C. Tyson III,* Assistant Attorney General, for respondent.

No. 1092, Misc. PINEDA v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. *R. Donald Chapman* for petitioner.

No. 1101, Misc. MINK v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 1106, Misc. MILLER v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Edward Fenig* for the United States.